Opinion by FORD, J.  At the trial, it was stipulated that the merchandise, described on the invoice as "2000 pcs. #8¾" x 16.5 yards Friction Tape (Crown)," and "5000 pcs. No. 8¾" x 16.5 yds. Friction Tape, B & M Brand," consists of a material approximately three-fourths of an inch in width, is in chief value of polyvinyl chloride, and is similar in use to cotton friction tape. It was further stipulated that the items, described on the invoice as "500 gross needle books (Filter Queen) Brand" are similar in all material respects to the cardboard needle holders involved in Abstract 63099.  On the record presented, the claims of the plaintiff were sustained.

**No. 66859.**—Ataka, New York, Inc., and John L. Westland & Son, Inc. *v.* United States, protest 60/31043 (Los Angeles).

Opinion by FORD, J.  In accordance with oral stipulation of counsel that the merchandise consists of black polyvinyl chloride tape, is not a manufacture of synthetic textile, and is similar in use to friction tape in chief value of cotton, the claim of the plaintiffs was sustained.

**No. 66860.**—Frank P. Dow Co., Inc. *v.* United States, protests 60/13886, 60/19827, and 61/2679 (Seattle).

Opinion by FORD, J.  In accordance with oral stipulation of counsel that the merchandise, described on the invoices as "black P.V.C. plastic tape," consists of a material approximately three-fourths of an inch in width, in chief value of polyvinyl chloride, is not a manufacture of synthetic textile, and is similar in use to cotton friction tape, the claim of the plaintiff was sustained.

**No. 66861.**—Sniafibres Corp. *v.* United States, protests 60/25541, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon monofilament yarn and is so-called 15-denier monofilament nylon having a slight turn twist, composed of a single filament, weighing less than 150 deniers per length of 450 meters, and valued at more than $1.11⅓ per pound, the claim of the plaintiff was sustained.

No. 66862.—Sniafibres Corp. v. United States, protests 61/1970, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon monofilament yarn and is so-called 15-denier monofilament nylon having a slight turn twist, composed of a single filament, weighing less than 150 deniers per length of 450 meters, and valued at more than $1.11⅓ per pound, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 14, 1962

No. 66863.—Tex Mex Brick & Import Co. v. United States, protests 60/10765, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66864.—Tex Mex Brick & Import Co. v. United States, protests 60/26880, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.